IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 19-cv-00327-RM-NYW

JOHN S. ANTONOPOULOS,

    Plaintiff,

v.

RACHEL OLGUIN-FRESQUEZ,
CYNTHIA JONES,
CAROLYN WHIPPO,
STEPHEN POTTS,
BRYAN GARRETT,
RANDY WILLIAMS,
STEVE GERMILLION,
STANTON GOULD,
KEITH MONTAG,
JOHN BRYAN,
STEPHANIE FITZGERALD,
RODRIGUEZ,
JON WALKER,
DAVE STRALEY,
JOEL BUEHRLE,
CHARITY-GRIMSLEY-HINKLEY,

    Defendants.

---

## ORDER
---

This matter is before the Court on the May 29, 2019 Order and Recommendation of United States Magistrate Judge (the "Recommendation") (ECF No. 44) to (1) dismiss without prejudice this civil action based on Plaintiff's failure to prosecute and failure to comply with Orders of the court; and (2) deny as moot four pending motions to dismiss (ECF Nos. 28, 30, 31, & 33). The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 44 at page 5.) Despite this advisement, no objections to the Recommendation have to date been filed by any party and the time to do so has expired. (*See generally* Dkt.)

The Court concludes that Magistrate Judge Nine Y. Wang's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* FED. R. CIV. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). The Recommendation is, therefore, adopted as an order of this Court.

In accordance with the foregoing, the Court:

(1) ACCEPTS and ADOPTS the recommendation contained in the Order and Recommendation of United States Magistrate Judge (ECF No. 44) in its entirety;

(2) DISMISSES without prejudice this civil action;

(3) DENIES as moot the following Motions to Dismiss – ECF Nos. 28, 30, 31, 33;

(4) DIRECTS the Clerk to enter judgment in favor of Defendants and against Plaintiff; and

(5) DIRECTS the Clerk to close this case.

DATED this 27th day of June, 2019.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge